Rev. 7/06
CO Hab Corp
AO 241 amd.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

RICKY AUSTIN
NAME (Under which you were convicted)

07590-007
PRISON NUMBER

F.C.I./Cumberland
PLACE OF CONFINEMENT/ADDRESS
P.O. BOX 1000
CUMBERLAND, MARYLAND
21501-1000

RICKY AUSTIN                                  )
(Full Name)        Petitioner                 )
                                              )
V.                                            )
LISA HOLLINGSWORTH, Warden.                   )   Civil Action No :
U.S. PAROLE COMMISSION,                       )
K. M. WHITE, Reginal Director.                )   Case: 1:08-cv-00890
   Plaintiff / Respondent.                    )   Assigned To : Unassigned
                                              )   Assign. Date : 5/27/2008
(Name of Warden, Superintendent, Jailor, or   )   Description: Habeas Corpus/2255
authorized person having custody of petitioner) )
        Respondent                            )

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA**

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**
APR 25 2008
Clerk, U.S. District and
Bankruptcy Courts

1

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    Superior Court District of Columbia
    500 Indiana Avenue, N.W.
    Washington, D.C. 20001

2.  (a) Date of the sentence (or detention): 10/15/93

3.  Length of sentence: 3 to 9 And 5 to 15

4.  Nature of offense involved (all counts): Count I, Burglary; Count II Recieving Stolen Goods (Misdameauor); Count III Bail Reform Act, Violation (Misdameauor)

5.  (a) What was your plea? (Check one):
    ☐ Not guilty
    ☒ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

Just Guilty

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☒ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: N/A
       (2) Nature of the proceedings: None
       (3) Grounds raised: None
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: N/A
       (6) Date of result: None

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: N/A
       (2) Nature of the proceedings: None
       (3) Grounds raised: N/A
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: None

      (6)    Date of result: __None__

(c) As to any third petition, application, or motion, give the same information:
    (1) Name of Court: __None__
    (2) Nature of the proceedings: __None__

    (3) Grounds raised: __None__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes
        ☒ No
    (5) Result: __N/A__
    (6) Date of result: __None__

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1) First petition, etc."
        ☐ Yes
        ☒ No
    (2) Second petition, etc.:
        ☐ Yes
        ☒ No
    (3) Third petition, etc.:
        ☐ Yes
        ☒ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: __Wasn't Aware of the Adminstrative Remedy.__

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: GOOD CONDUCT TIME
   Due to the BOP here in F.C.I. Cumberland, Md. my time of time serve was not calculated correctly. In every Judgement and Commitment order entered in Federal Court the trial Judge Sentence the defendant to be imprisonment for a term of, whatever the guidelines demand in the particular case. Given the words in the Judgement the plain meaning of term of Impriosnment is the period of incarceration to which the Judge sentence a prisoner. The BOP has calculating D.C. prisoners, also the violation of inmate/petitioner 6Th Amendment and 5Th Amendment Rights.

B. GROUND TWO:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:  N/A

C. GROUND THREE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:  N/A

D. **GROUND FOUR:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: N/A

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: None

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

   (a) If so, give the name and location of the court and case number, if known: None

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

   (a) If so, give name and location of court which imposed sentence to be served in the future: None

(b) And give date and length of sentence to be served in future: _____None_____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
- ☐ Yes
- ☒ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Ricky Austin_
Petitioner's Signature

_4-22-2008._
Date

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
District of Columbia

MOD 66

vs.

Ricky Austin

Case No. F4601-93 (D)  
PDID No. 228-175

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of
(D) BURGLARY II

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to
(D) THREE YEARS TO NINE YEARS
TO RUN CONSECUTIVE
CTF PROGRAM RECOMMENDED

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.  
☒ MANDATORY MINIMUM term does not apply.  
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.  
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].  
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.  
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.  
☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
☐

08 0890 FILED MAY 27 2008 Clerk, U.S. District and Bankruptcy Courts

Costs in the aggregate amount of $ 50.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. DEDUCT FROM JAIL PAY
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

10-15-93  
Date

_____ Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

10-15-93  
Date

M. Hartley  
Deputy Clerk

Form CD(18)-1040/Aug. 87

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
District of Columbia

Case No. _____

PDID No. _____

vs.

Ricky Austin
_____

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____

_(1) Receiving Stolen Goods (Misd.)_ _____

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____

_(1) One Hundred Eighty Days_

_to run consecutive_

_____

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

 ☐ Observe the general conditions of probation listed on the back of this order.

 ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

 ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
 _____

 ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____.

 ☐ _____

Costs in the aggregate amount of $ _10.00_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

_10-15-93_  
Date

_____  
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_10-15-93_  
Date

_____  
Deputy Clerk

Form CD(18)-1040 Aug. 87

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. _____

vs.

PDID No. _____

_Leroy Austin_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____

_(B) Bail Act Violation for Misdemeanor_

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____

_(B) Ninety days_

_To run consecutive_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

  ☐ Observe the general conditions of probation listed on the back of this order.

  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
  _____

  ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____.

  ☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

_____
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_____
Date

_____
Deputy Clerk

Form CD(18)-1040 Aug. 87