FILED
MAY 27 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICKY AUSTIN,

Petitioner,

v.

LISA HOLLINGSWORTH *et al.*,

Respondents.

Civil Action No. 08 0890

## ORDER TRANSFERRING CASE

Petitioner, a prisoner at the Federal Correctional Institution in Cumberland, Maryland, has applied to proceed *in forma pauperis* and for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, challenging the duration of his confinement and alleging error in the calculation of time served. (Pet. at 5.) Upon consideration of the petition, the Court will transfer the case to the proper venue.

The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711, 2720 (2004); *Blair-Bey v. Quick,* 151 F.3d 1036, 1039 (D.C. Cir. 1998). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission,* 374 F.3d 1235, 1239 (D.C. Cir. 2004); *accord Rooney v. Secretary of Army,* 405 F.3d 1029, 1032 (D.C. Cir. 2005) ("jurisdiction is proper only in the district in which the immediate, not the ultimate, custodian is located") (internal citations and quotation marks omitted). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is hereby

ORDERED that this case be TRANSFERRED to the United States District Court for the District of Maryland. It will be left to the transferee court to rule on petitioner's application to proceed *in forma pauperis*.

Date: 5/9/08

United States District Judge